# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| SEA LAUNCH COMPANY, L.L.C., *et al.*,[1] | ) Case No. 09-12153 (BLS) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |
| | ) Hearing Date: August 17, 2009 at 12:30 p.m. |
| | ) Objection Deadline: August 10, 2009 at 4:00 p.m. |

## NOTICE OF APPLICATION FOR AN ORDER AUTHORIZING THE EMPLOYMENT AND RETENTION OF ROTHSCHILD INC. AS INVESTMENT BANKER AND FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF SEA LAUNCH COMPANY, L.L.C., ET AL., *NUNC PRO TUNC* TO JULY 15, 2009

**PLEASE TAKE NOTICE** that, on August 1, 2009, the Official Committee of Unsecured Creditors of Sea Launch Company, L.L.C., and affiliated debtors and debtors in possession (the "Committee") filed an **Application for an Order Authorizing the Employment and Retention of Rothschild Inc. as Investment Banker and Financial Advisor to the Official Committee of Unsecured Creditors of Sea Launch Company, L.L.C., *et al.*, *Nunc Pro Tunc* to July 15, 2009** (the "Application") with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, Wilmington, Delaware 19801 (the "Bankruptcy Court").

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the Application must be filed with the Bankruptcy Court and must be served upon and received by the undersigned proposed counsel to the Committee on or before **August 10, 2009 at 4:00 p.m. (prevailing Eastern Time)**. Only properly and timely filed responses will be considered.

**PLEASE TAKE FURTHER NOTICE** that this Application is scheduled to be heard by the Court on **August 17, 2009 at 12:30 p.m. (prevailing Eastern Time)** before The Honorable Brendan Linehan Shannon, Judge, United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 6th Floor, Courtroom #1, Wilmington, Delaware 19801.

**PLEASE TAKE FURTHER NOTICE THAT IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE APPLICATION WITHOUT FURTHER NOTICE OR HEARING.**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Sea Launch Company, L.L.C. (1590); Sea Launch Limited Partnership (Cayman) (8182); Sea Launch ACS Limited (5999); Sea Launch ACS Limited Partnership (Isle of Man) (6216); Platform LDC (3177); and Platform Limited Partnership (3173). The mailing address for all the Debtors is 2700 Nimitz Road, Long Beach, CA 90802.

{00316165;v5}

Dated: August 1, 2009   **ASHBY & GEDDES, P.A.**

*/s/ Ka B. Skomarucha*
William P. Bowden (No. 2553)
Ricardo Palacio (No. 3765)
Karen B. Skomorucha (No. 4759)
Caroline Hong (No. 5189)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
Telephone: (302) 654-1888
Facsimile: (302) 654-2067

--and--

**MILBANK, TWEED, HADLEY & McCLOY LLP**

Abhilash M. Raval
James Bulger
One Chase Manhattan Plaza
New York, New York 10036
Telephone: (212) 530-5000
Facsimile: (212) 530-5219

--and--

Michael D. Nolan
1850 K Street, NW
Suite 1100
Washington, DC 20006
Telephone: (202) 835-7500
Facsimile: (202) 263-7586

*Proposed Counsel to the Official Committee of Unsecured Creditors of Sea Launch Company, L.L.C., et al.*