## CERTIFICATE OF SERVICE

I, Karen B. Skomorucha, hereby certify that, on the 1st day of August 2009, I caused a true and correct copy of the foregoing document to be served upon the attached service list by overnight delivery, unless otherwise indicated.

*Ka B. Skomucha*
Karen B. Skomorucha (#4759)

{00227228;v1}

SEA LAUNCH COMPANY, LLC, ET AL.
CASE NO. 09- 12153 (BLS)
2002 SERVICE LIST

Dennis J. Connolly, Esq.
Matthew W. Levin, Esq.
Alston & Bird LLP
1201 West Peachtree Center, One Atlantic Center
Atlanta, GA 30309-3424
(Co-Counsel to Debtors)
*Federal Express*

Bonnie Glantz Fatell, Esq.
Blank Rome LLP
1201 North Market Street, Suite 800
Wilmington, DE 19801
(Aker Maritime Finance AS, Kvaerner Sea Launch Ltd.)
*Hand Delivery*

Internal Revenue Service
Insolvency Section
11601 Roosevelt Blvd., Mail Drop N781
Philadelphia, PA 19114
*Federal Express*

Michael Kauffman, Esq.
Salans
620 Fifth Avenue
Rockefeller Center
New York, NY 10020
(S.P. Korolev Rocket and Space Corporation Energia)
*Federal Express*

David M. Klauder, Esq.
Office of the United States Trustee
844 King Street, Suite 2207
Lock Box 35
Wilmington, DE 19801
*Hand Delivery*

Joseph P. Moodhe, Esq.
Steven R. Gross, Esq.
Debevoise & Plimpton LLP
919 Third Avenue
New York, NY 10022
(Eutelsat S.A.)
*Federal Express*

Daniel J. DeFranceschi, Esq
Dana L. Reynolds, Esq.
Richards, Layton & Finger, P.A.
920 North King Street
One Rodney Square,
Wilmington, DE 19801
(Boeing)
*Hand Delivery*

Daniel J. DeFranceschi, Esq
Dana L. Reynolds, Esq.
Richards, Layton & Finger, P.A.
920 North King Street
One Rodney Square,
Wilmington, DE 19801
(Boeing)
*Hand Delivery*

Scott A. Golden, Esq.
Hogan & Hartson LLP
875 Third Avenue
New York, NY 10022
(Skyterra Communications and Hughes Network Systems)
*Federal Express*

Lee F. Johnston, Esq
Dorsey & Whitney, LLP
370 17th Street, Suite 4700
Replublic Plaza Building
Denver, CO 80202-5647
(O3b USA)
*Federal Express*

Nina Khalotova
Legal Assistant
Salans
620 Fifth Avenue
Rockefeller Center
New York, NY 10020
(S.P. Korolev Rocket and Space Corporation Energia)
*Federal Express*

Francis A. Monaco, Jr., Esq.
Michael G. Busenkell, Esq.
Womble Carlyle Sandridge & Rice PLLC
222 Delaware Avenue, Suite 1501
Wilmington, DE 19801
(Intelsat Corporartion)
*Hand Delivery*

Claude D. Montgomery, Esq.
Salans
620 Fifth Avenue
Rockefeller Center
New York, NY 10020
(S.P. Korolev Rocket and Space Corporation Energia)
*Federal Express*

| | |
|---|---|
| Secretary of State<br>Franchise Tax Division<br>Division of Corporations<br>PO Box 7040<br>Dover, DE 19903<br>*USPS Express Mail Overnight* | Frederick B. Rosner, Esq<br>Messana Rosner & Stern LLP<br>1000 N. West Street, Suite 1200<br>Wilmington, DE 19801<br>(S.P. Korolev Rocket and Space Corporation Energia)<br>*Hand Delivery* |
| Bard Sandstad, Esq.<br>Bugge, Arentz-Hansen & Rasmussen<br>Stranden 1, PO Box 1524 Vika<br>Oslo 1 0117, Norway<br>bas@bahr.no<br>(Aker Maritime Finance AS, Kvaerner Sea Launch Ltd.)<br>*Electronic Mail* | Eric L. Schnabel, Esq<br>Dorsey & Whitney (Delaware) LLP<br>1105 North Market Street, 16th Floor<br>Wilmington, DE 19801<br>(O3b USA)<br>*Hand Delivery* |
| Lee P. Whidden, Esq.<br>Salans<br>620 Fifth Avenue<br>Rockefeller Center<br>New York, NY 10020<br>(S.P. Korolev Rocket and Space Corporation Energia)<br>*Federal Express* | Joel A. Waite, Esq., Matthew B. Lunn, Esq.<br>Margaret Whiteman Greecher, Esq.<br>Young Conaway Stargatt & Taylor, LLP<br>The Brandywine Bldg., 17th Floor<br>1000 West Street<br>Wilmington, DE 19899-0391<br>(Co-Counsel to Debtors)<br>*Hand Delivery* |
| Laurie Selber Silverstein, Esq.<br>Potter Anderson & Corroon, LLP<br>1313 N. Market Street, 6th Floor<br>P.O. Box 951<br>Wilmington, DE 19899-0951<br>(Eutelsat S.A.)<br>*Hand Delivery* | David R. Seligman<br>Chad J. Husnick, Esq.<br>Kirkland & Ellis LLP<br>300 North LaSalle Street<br>Chicago, IL 60654<br>(Boeing)<br>*Federal Express* |
| Securities and Exchange Commisson<br>Attn: Mark Schonfeld<br>233 Broadway<br>New York, NY 10279<br>*Federal Express* | Stephen B. Selbst, Esq.<br>Herrick, Feinstein LLP<br>Two Park Avenue<br>New York, NY 10016<br>(Intelsat Corporation)<br>*Federal Express* |
| Robert T. Schmidt, Esquire<br>Gregory G. Plotko, Esquire<br>KRAMER LEVIN NAFTALIS & FRANKEL LLP<br>1177 Avenue of the Americas<br>New York, NY 10036<br>*Federal Express* | Richard S. Cobb., Esquire<br>Mona A. Parikh, Esquire<br>LANDIS RATH & COBB LLP<br>919 Market Street, Suite 1800 Wilmington, DE 19801<br>*Hand Delivery* |