## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | ) Chapter 11 |
| | ) |
| SEA LAUNCH COMPANY, L.L.C., et al.,[1] | ) Case No. 09-12153 (BLS) |
| | ) |
| Debtors. | ) Jointly Administered |
| | ) |
| | ) Re: Docket Nos. 45 & 83 |
| | ) Objection Deadline: August 17, 2009 at 4:00 p.m. (ET) |

### NOTICE OF FILING OF DECLARATION OF DISINTERESTEDNESS OF PROFESSIONAL IN CONNECTION WITH THE ORDER ON MOTION FOR AN ORDER TO RETAIN ORDINARY COURSE PROFESSIONALS PURSUANT TO SECTIONS 105(A), 327, 328 AND 330 OF THE BANKRUPTCY CODE AND BANKRUPTCY RULE 2014

PLEASE TAKE NOTICE that on June 30, 2009, the Debtors filed their Motion for an Order to Retain Ordinary Course Professionals Pursuant to Sections 105(a), 327, 328 and 330 of the Bankruptcy Code and Bankruptcy Rule 2014 (the "Motion") [Docket No. 45].[2]

PLEASE TAKE FURTHER NOTICE that on July 15, 2009, the Court entered its Order on Motion for an Order to Retain Ordinary Course Professionals Pursuant to Sections 105(a), 327, 328 and 330 of the Bankruptcy Code and Bankruptcy Rule 2014 (the "Order") [Docket No. 83], which provides that each Ordinary Course Professional must file with the Court, prior to the receipt of payment for postpetition services rendered, a Retention Declaration pursuant to Section 327 of the Bankruptcy Code setting forth that such professional does not represent or hold any interest adverse to the Debtors or their respective estates with respect to the matter for which such professional is engaged.

PLEASE TAKE FURTHER NOTICE that pursuant to the Order, the Debtors hereby file this Declaration in support of Compass Maritime Services as Ordinary Course Professional, (the "Declaration"), which is attached hereto as Exhibit A.

PLEASE TAKE FURTHER NOTICE that a copy of the Declaration has been served on the Office of the United States Trustee, proposed counsel to the Committee, and those parties requesting notice pursuant to Bankruptcy Rule 2002 (collectively, the "Notice Parties").

---

[1] The last four digits of the taxpayer identification numbers for each of the Debtors follow in parenthesis: (i) Sea Launch Company, L.L.C. (1590); (ii) Sea Launch Limited Partnership (Cayman) (8182); (iii) Sea Launch ACS Limited (5999); (iv) Sea Launch ACS Limited Partnership (Isle of Man) (6216); (v) Platform LDC (3177); and (vi) Platform Limited Partnership (3173). The mailing address for all of the Debtors is 2700 Nimitz Road, Long Beach, CA 90802.

[2] All capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Motion.

PLEASE TAKE FURTHER NOTICE that pursuant to the Order, any party in interest may object to an Ordinary Course Professional's retention within ten (10) days of service of the Declaration based upon lack of disinterestedness or conflict of interest. Any objection to the retention of an Ordinary Course Professional must be served on (i) counsel to the Debtors, Young Conaway Stargatt & Taylor, LLP, The Brandywine Building, 1000 West Street, 17th Floor, P.O. Box 391, Wilmington, DE 19899-0391 (Attn: Joel A. Waite, Esq. and Kenneth J. Enos, Esq. and Alston & Bird LLP, 1201 West Peachtree Street Atlanta, Georgia 30309-3424 (Attn: Dennis J. Connolly, Esq.); (ii) proposed counsel to the Committee, Milbank, Tweed, Hadley & McCloy LLP, 1 Chase Manhattan Plaza, New York, NY 10005-1413 (Attn: Abhilash M. Raval, Esq. and James Bulger, Esq.) and Ashby & Geddes, P.A., 500 Delaware Avenue, 8th Floor, Wilmington, DE 19801 (Attn: William Bowden, Esq. and Ricardo Palacio, Esq.); and (iii); the Office of the United States Trustee, 844 King Street, Suite 2313, Wilmington, DE 19801 (Attn: David M. Klauder, Esq.).

Dated: Wilmington, Delaware
August 7, 2009

YOUNG CONAWAY STARGATT & TAYLOR, LLP

_____
Joel A. Waite (No. 2925)
Kenneth J. Enos (No. 4544)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

- and -

ALSTON & BIRD LLP
Dennis J. Connolly
Matthew W. Levin
Wendy R. Reiss
Sage M. Sigler
1201 West Peachtree Street
Atlanta, Georgia 30309-3424
Telephone: (404) 881-7000
Facsimile: (404) 881-7777

Counsel for the Debtors and
Debtors in Possession

# **EXHIBIT A**

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| SEA LAUNCH COMPANY, L.L.C., *et al.*,[1] | ) | Case No. 09-12153 (BLS) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

## DECLARATION

I, Thomas S. Roberts, declare and state as follows:

1. I am a Partner with Compass Maritime Services, LLC (the "**Firm**"), having an office located at One Executive Drive – Suite 180, Fort Lee, New Jersey 07024, professions employed by the above-captioned debtors and debtors in possession (collectively, the "**Debtors**") in the ordinary course of their businesses.

2. This declaration is submitted pursuant to 11 U.S.C. §§ 105(a), 327, 328 and 330, in compliance with the Order Authorizing the Employment of Professionals Utilized in the Ordinary Course of Business *nunc pro tunc* to the Petition Date (the "**Ordinary Course Professionals Order**").

3. The professional services the Firm will render to the Debtors include, but shall not be limited to the evaluation and appraisal of the Sea Launch Commander (the "**ACS**").

4. Prior to the commencement of the Debtors' bankruptcy cases (the "**Bankruptcy Cases**"), the Firm did not provide professional services to the Debtors.

---

[1] The last four digits of the taxpayer identification numbers for each of the Debtors follow in parenthesis: (i) Sea Launch Company, L.L.C. (1590); (ii) Sea Launch Limited Partnership (Cayman) (8182); (iii) Sea Launch ACS Limited (5999); (iv) Sea Launch ACS Limited Partnership (Isle of Man) (6216); (v) Platform LDC (3177); and (vi) Platform Limited Partnership (3173). The mailing address for all of the Debtors is 2700 Nimitz Road, Long Beach, CA 90802.

5. The Debtors do not owe the Firm any amounts in connection with professional services rendered to the Debtors prepetition.

6. The Firm does not hold any interest adverse to the Debtors or their estates with respect to the matters for which the Firm is to be retained. The firm has not performed services in the past for persons that are parties in interest in the Bankruptcy Cases, in matters related or unrelated to the Bankruptcy cases.

7. Neither I nor any principal of or professional employed by the Firm, insofar as I have been able to ascertain, holds or represents any interest adverse to the Debtors or their estates with respect to the matters that the Firm is retained.

8. The Firm has read the proposed Ordinary Course Professionals Order and understands the limitations on compensation allowed to be paid without a court order.

9. The Firm is conducting further inquiries regarding its retention by any creditor of the Debtors and upon conclusion of that inquiry, or at any time during the period of its employment, if the Firm should discover any facts bearing on the matters described herein, the Firm will supplement the information contained in this Declaration.

10. The Firm intends to apply for compensation for professional services rendered in connection with these Bankruptcy Cases directly to the Debtors, in accordance with the Ordinary Course Professionals Order. Specifically, the Firm intends to request compensation in the amount of $10,000 in connection with its appraisal of the ACS. The Firm understands that, pursuant to the Ordinary Course Professionals Order, services rendered to the Debtors resulting in fees of more than $25,000 per month, on average over the prior rolling three-month period, will require the entry of an order of the Court authorizing such higher amount.

11. The compensation set forth above is tailored specifically to the appraisal of the ACS, but was determined based on the Firm's standard rates for work of this nature. The rates are set at a level designed to fairly compensate the Firm for the work of its members, associates and/or employees, and to cover fixed and routine overhead expenses.

12. Except as provided in the Ordinary Course Professionals Order, no representations or promises have been received by the Firm, or by any member, partner, counsel, associate, or employee thereof, as to compensation in connection with these Bankruptcy Cases other than in accordance with the provisions of the Bankruptcy Code. The Firm has no agreement with any other entity to share with such entity any compensation received by the Firm in connection with the Bankruptcy Cases.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on July 23, 2009, at One Executive Drive, Fort Lee, New Jersey.

_____
Name: Thomas S. Roberts
Title: Partner