UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

In re:  
Sea Launch Company, LLC

Case No. 09-12153  
Reporting Period 06/23/09 - 07/31/09

# MONTHLY OPERATING REPORT

**DEBTORS' ADDRESSES:**

| | |
|---|---|
| Sea Launch Company, LLC (SL Company)<br>2700 Nimitz Road<br>Long Beach, CA 90802 | (Case No. 09-12153) |
| Sea Launch Limited Partnership (SLLP)<br>2700 Nimitz Road<br>Long Beach, CA 90802 | (Case No. 09-12154) |
| Platform Company LDC (Platform Company)<br>2700 Nimitz Road<br>Long Beach, CA 90802 | (Case No. 09-12155) |
| Platform Limited Partnership (PLP)<br>2700 Nimitz Road<br>Long Beach, CA 90802 | (Case No. 09-12156) |
| Sea Launch ACS Ltd (ACS Ltd)<br>2700 Nimitz Road<br>Long Beach, CA 90802 | (Case No. 09-12157) |
| Sea Launch ACS Limited Partnership (SLACSLP)<br>2700 Nimitz Road<br>Long Beach, CA 90802 | (Case No. 09-12158) |

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the attached documents are true and correct to the best of my knowledge and belief.

_B.A. Carman_     _Aug 20, 2009_  
Brett A. Carman     Date  
Vice President and Chief Financial Officer

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

In re:  
Sea Launch Company, LLC

Case No. 09-12153  
Reporting Period 06/23/09 - 07/31/09

## TABLE OF CONTENTS

| | |
|---|---|
| I. | Combined Balance Sheet (unaudited) |
| II. | Combined Statement of Operations (unaudited) |
| III. | Disbursements for Calculating U.S. Trustee Quarterly Fees |
| IV. | Certifications |
| V. | Summary of Post-petition Accounts Receivable |
| VI. | Summary of Post-petition Accounts Payable |
| VII. | Debtor Questionnaire |
| VIII. | Bank Account Summary |

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

In re:  
Sea Launch Company, LLC

Case No. 09-12153  
Reporting Period 06/23/09 - 07/31/09

**SEA LAUNCH**  
**Debtor in Possession**

**COMBINED BALANCE SHEET (unaudited)**  
**AS OF JUNE 22, 2009**

| | SLLP | SLACSLP | ACS Ltd | PLP | Platform Company | Total SLLP Entities | Eliminations | Combined SLLP | SL Company | Eliminations | Total Combined |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **ASSETS** | | | | | | | | | | | |
| Cash | $ 6,707,254 | $ 321 | | | | $ 6,707,575 | | $ 6,707,575 | | | $ 6,707,575 |
| Restricted deposits | 620,000 | | | | | 620,000 | | 620,000 | | | 620,000 |
| Advance payments to Partners | | | | | | | | | | | |
| Prepaid charterhire to Related Party | 685,207 | | | | | 685,207 | (685,207) | - | | | - |
| Advances and prepaid expenses to others | 3,059,711 | | | | | 3,059,711 | | 3,059,711 | | | 3,059,711 |
| Customer receivables | 11,000,000 | | | | | 11,000,000 | | 11,000,000 | | | 11,000,000 |
| Other receivables and deposits | 5,369,559 | | 29,093 | | | 5,369,559 | (53,039) | 5,316,520 | | (35,488) | 5,281,032 |
| Inventories, net of progress payments | 105,971,414 | | | | | 105,971,414 | | 105,971,414 | | | 105,971,414 |
| Notes receivable from Related Parties | 37,625,898 | | | | | 37,625,898 | (37,625,898) | - | | | - |
| Capital equipment, net | 23,530,215 | | 4,578,071 | 123,567,613 | 6,199,566 | 325,391,169 | | 325,391,169 | | | 325,391,169 |
| Investment in Related Party | 215,364,671 | 127,603,939 | | | | 226,135,557 | (226,135,557) | - | (82,604,003) | 82,604,003 | - |
| Other assets | 3,817,887 | | | | | 3,817,887 | | 3,817,887 | | | 3,817,887 |
| **TOTAL** | $ 413,751,816 | $ 127,604,260 | $ 4,607,324 | $ 174,257,015 | $ 6,163,562 | $ 726,383,977 | $ (264,499,701) | $ 461,884,276 | $ (82,604,003) | $ 82,568,515 | $ 461,848,788 |
| | | | | | | | | | | | |
| **LIABILITIES AND PARTNERS' EQUITY** | | | | | | | | | | | |
| *Liabilities Subject to Compromise* | | | | | | | | | | | |
| Accounts payable to Partners | $ 558,594,578 | | | | | $ 558,594,578 | | $ 558,594,578 | | | $ 558,594,578 |
| Accounts payable to others | 1,933,836 | | | | | 1,933,836 | | 1,933,836 | | | 1,933,836 |
| Accounts payable to Related Party | | | 29,093 | | 23,946 | 53,039 | (53,039) | - | 35,488 | (35,488) | - |
| Accrued liabilities to Partners | 66,006,459 | 4,220,986 | | 1,296,631 | | 71,524,076 | | 71,524,076 | | | 71,524,076 |
| Accrued liabilities to others | 25,263,952 | | | | | 25,263,952 | | 25,263,952 | | | 25,263,952 |
| Deferred charterhire revenue from Related Party | | 685,207 | | | | 685,207 | (685,207) | - | | | - |
| Customer advances | 102,486,584 | | | | | 102,486,584 | | 102,486,584 | | | 102,486,584 |
| Term loans | 445,000,000 | 3,100,000 | | | | 448,100,000 | | 448,100,000 | | | 448,100,000 |
| Note payable from Related Party | | 1,499,630 | | 36,126,268 | | 37,625,898 | (37,625,898) | - | | | - |
| Payables to Partners for contract overruns | 80,000,000 | 25,734,497 | | 13,265,503 | | 119,000,000 | | 119,000,000 | | | 119,000,000 |
| Subordinated loans from Partners | 782,591,514 | | | | | 782,591,514 | | 782,591,514 | | | 782,591,514 |
| Total liabilities subject to compromise | 2,061,876,923 | 35,240,320 | 29,093 | 50,688,402 | 23,946 | 2,147,858,684 | (38,364,144) | 2,109,494,540 | 35,488 | (35,488) | 2,109,494,540 |
| | | | | | | | | | | | |
| *Liabilities Not Subject to Compromise* | | | | | | | | | | | |
| Accounts payable to others | 239,228 | | | | | 239,228 | | 239,228 | | | 239,228 |
| Accrued liabilities to others | 3,412,377 | | | | | 3,412,377 | | 3,412,377 | | | 3,412,377 |
| Total liabilities not subject to compromise | 3,651,605 | - | - | - | - | 3,651,605 | - | 3,651,605 | - | - | 3,651,605 |
| Total liabilities | 2,065,528,528 | 35,240,320 | 29,093 | 50,688,402 | 23,946 | 2,151,510,289 | (38,364,144) | 2,113,146,145 | 35,488 | (35,488) | 2,113,146,145 |
| | | | | | | | | | | | |
| **COMMITMENTS AND CONTINGENCIES** | | | | | | | | | | | |
| | | | | | | | | | | | |
| **PARTNERS' EQUITY:** | | | | | | | | | | | |
| Contributed capital | 100,003,110 | 1,000 | 160 | 1,000 | 50 | 100,005,320 | (2,210) | 100,003,110 | 5,000,050 | (5,000,050) | 100,003,110 |
| Accumulated (deficit) / equity | (1,751,779,822) | 92,362,940 | 4,578,071 | 123,567,613 | 6,139,616 | (1,525,131,632) | (226,133,347) | (1,751,264,979) | (87,639,541) | 87,604,053 | (1,751,300,467) |
| Total Partners' (deficit) / equity | (1,651,776,712) | 92,363,940 | 4,578,231 | 123,568,613 | 6,139,616 | (1,425,126,312) | (226,135,557) | (1,651,261,869) | (82,639,491) | 82,604,003 | (1,651,297,357) |
| **TOTAL** | $ 413,751,816 | $ 127,604,260 | $ 4,607,324 | $ 174,257,015 | $ 6,163,562 | $ 726,383,977 | $ (264,499,701) | $ 461,884,276 | $ (82,604,003) | $ 82,568,515 | $ 461,848,788 |

Note: Company abbreviations included on cover page to the monthly reporting package

In re:
Sea Launch Company, LLC

Case No. 09-12153
Reporting Period 06/23/09 - 07/31/09

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

SEA LAUNCH
Debtor in Possession

COMBINED BALANCE SHEET (unaudited)
AS OF JUNE 30, 2009

| | SLLP | SLACSLP | ACS Ltd | PLP | Platform Company | Total SLLP Entities | Eliminations | Combined SLLP | SL Company | Eliminations | Total Combined |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **ASSETS** | | | | | | | | | | | |
| Cash | $ 6,514,923 | 598 | | | | $ 6,515,521 | | $ 6,515,521 | | | $ 6,515,521 |
| Restricted deposits | 620,000 | | | | | 620,000 | | 620,000 | | | 620,000 |
| Advance payments to Partners | | | | | | | | | | | |
| Prepaid charterhire to Related Party | 685,207 | | | | | 685,207 | (685,207) | | | | |
| Advances and prepaid expenses to others | 3,059,711 | | | | | 3,059,711 | | 3,059,711 | | | 3,059,711 |
| Customer receivables | 11,000,000 | | | | | 11,000,000 | | 11,000,000 | | | 11,000,000 |
| Other receivables and deposits | 5,369,559 | | | | | 5,369,559 | (53,039) | 5,316,520 | | (35,488) | 5,281,032 |
| Inventories, net of progress payments | 105,971,414 | | | | | 105,971,414 | | 105,971,414 | | | 105,971,414 |
| Notes receivable from Related Parties | 37,625,898 | | | | | 37,625,898 | (37,625,898) | | | | |
| Capital equipment, net | 23,421,307 | 127,386,186 | 4,607,324 | 173,959,648 | 6,163,562 | | (226,135,557) | 324,767,141 | | | 324,767,141 |
| Investment in Related Party | 215,364,671 | | | | | | | | (82,604,003) | 82,604,003 | |
| Other assets | 3,817,887 | | | | | 3,817,887 | | 3,817,887 | | | 3,817,887 |
| **TOTAL** | $ 413,450,577 | $ 127,386,784 | $ 4,607,324 | $ 173,959,648 | $ 6,163,562 | $ 725,567,895 | $ (264,499,701) | $ 461,068,194 | $ (82,604,003) | $ 82,568,515 | $ 461,032,706 |
| | | | | | | | | | | | |
| **LIABILITIES AND PARTNERS' EQUITY** | | | | | | | | | | | |
| *Liabilities Subject to Compromise* | | | | | | | | | | | |
| Accounts payable to Partners | $ 558,594,578 | | | | | $ 558,594,578 | | $ 558,594,578 | | | $ 558,594,578 |
| Accounts payable to others | 1,933,836 | | | | | 1,933,836 | | 1,933,836 | | | 1,933,836 |
| Accounts payable to Related Party | | | 29,093 | | 23,946 | 53,039 | (53,039) | | | | |
| Accrued liabilities to Partners | 66,006,459 | 4,220,985 | | 1,296,631 | | 71,524,076 | | 71,524,076 | | | 71,524,076 |
| Accrued liabilities to others | 25,263,952 | | | | | 25,263,952 | | 25,263,952 | | | 25,263,952 |
| Deferred charterhire revenue from Related Party | | 685,207 | | | | 685,207 | (685,207) | | | | |
| Customer advances | 102,486,584 | | | | | 102,486,584 | | 102,486,584 | | | 102,486,584 |
| Term loans | 445,000,000 | 3,100,000 | | | | 448,100,000 | | 448,100,000 | | | 448,100,000 |
| Note payable from Related Party | | 1,499,630 | | 36,126,268 | | 37,625,898 | (37,625,898) | | | | |
| Payables to Partners for contract overruns | 80,000,000 | 25,734,497 | | 13,265,503 | | 119,000,000 | | 119,000,000 | | | 119,000,000 |
| Subordinated loans from Partners | 782,591,514 | | | | | 782,591,514 | | 782,591,514 | | | 782,591,514 |
| Total liabilities subject to compromise | 2,061,876,923 | 35,240,320 | 29,093 | 50,688,402 | 23,946 | 2,147,858,684 | (38,364,144) | 2,109,494,540 | 35,488 | (35,488) | 2,109,494,540 |
| *Liabilities Not Subject to Compromise* | | | | | | | | | | | |
| Accounts payable to others | 239,228 | | | | | 239,228 | | 239,228 | | | 239,228 |
| Accrued liabilities to others | 3,412,377 | | | | | 3,412,377 | | 3,412,377 | | | 3,412,377 |
| Total liabilities not subject to compromise | 3,651,605 | | | | | 3,651,605 | | 3,651,605 | | | 3,651,605 |
| **Total liabilities** | 2,065,528,528 | 35,240,320 | 29,093 | 50,688,402 | 23,946 | 2,151,510,289 | (38,364,144) | 2,113,146,145 | 35,488 | (35,488) | 2,113,146,145 |
| **COMMITMENTS AND CONTINGENCIES** | | | | | | | | | | | |
| **PARTNERS' EQUITY:** | | | | | | | | | | | |
| Contributed capital | 100,003,110 | 1,000 | 160 | 1,000 | 50 | 100,005,320 | (2,210) | 100,003,110 | 5,000,050 | (5,000,050) | 100,003,110 |
| Accumulated (deficit) / equity | (1,752,081,061) | 92,145,464 | 4,578,071 | 123,270,246 | 6,139,566 | (1,525,947,714) | (226,133,347) | (1,752,081,061) | (87,639,541) | 87,604,053 | (1,752,116,549) |
| Total Partners' (deficit) / equity | (1,652,077,951) | 92,146,464 | 4,578,231 | 123,271,246 | 6,139,616 | (1,425,942,394) | (226,135,557) | (1,652,077,951) | (82,639,491) | 82,604,003 | (1,652,113,439) |
| **TOTAL** | $ 413,450,577 | $ 127,386,784 | $ 4,607,324 | $ 173,959,648 | $ 6,163,562 | $ 725,567,895 | $ (264,499,701) | $ 461,068,194 | $ (82,604,003) | $ 82,568,515 | $ 461,032,706 |

Note: Company abbreviations included on cover page to the monthly reporting package

Case No. 09-12153
Reporting Period 06/23/09 - 07/31/09

In re:
Sea Launch Company, LLC

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

SEA LAUNCH
Debtor in Possession

COMBINED BALANCE SHEET (unaudited)
AS OF JULY 31, 2009

| | SLLP | SLACSLP | ACS Ltd | PLP | Platform Company | Total SLLP Entities | Eliminations | Combined SLLP | SL Company | Eliminations | Total Combined |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **ASSETS** | | | | | | | | | | | |
| Cash | $ 4,897,201 | | | | | $ 4,897,201 | | $ 4,897,201 | | | $ 4,897,201 |
| Restricted deposits | 620,000 | | | | | 620,000 | | 620,000 | | | 620,000 |
| Advance payments to Partners | - | | | | | - | | - | | | - |
| Prepaid charterhire to Related Party | 685,207 | | | | | 685,207 | (685,207) | - | | | - |
| Advances and prepaid expenses to others | 2,093,028 | 2,256 | | 1,643 | | 2,096,927 | | 2,096,927 | | | 2,096,927 |
| Customer receivables | 11,000,000 | | | | | 11,000,000 | | 11,000,000 | | | 11,000,000 |
| Other receivables and deposits | 4,944,837 | | | | | 4,944,837 | (53,039) | 4,891,798 | | (35,488) | 4,856,310 |
| Inventories, net of progress payments | 106,354,451 | | | | | 106,354,451 | | 106,354,451 | | | 106,354,451 |
| Notes receivable from Related Parties | 37,633,098 | | | | | 37,633,098 | (37,633,098) | - | | | - |
| Capital equipment, net | 23,059,672 | 126,569,608 | 4,566,382 | 172,844,522 | | 322,473,802 | | 322,473,802 | | | 322,473,802 |
| Investment in Related Party | 213,429,067 | | | | 6,107,724 | 224,103,173 | (224,103,173) | - | (82,871,980) | 82,871,980 | - |
| Other assets | 3,817,887 | | | | | 3,817,887 | | 3,817,887 | | | 3,817,887 |
| **TOTAL** | $ 408,534,448 | $ 126,571,864 | $ 4,556,382 | $ 172,846,165 | $ 6,107,724 | $ 718,626,583 | $ (262,474,517) | $ 456,152,066 | $ (82,871,980) | $ 82,836,492 | $ 456,116,578 |
| | | | | | | | | | | | |
| **LIABILITIES AND PARTNERS' EQUITY** | | | | | | | | | | | |
| | 23,421,307 | 127,386,186 | | 173,959,648 | | | | | | | |
| | (361,635) | (816,578) | | (1,115,126) | | | | | | | |
| *Liabilities Subject to Compromise* | | | | | | | | | | | |
| Accounts payable to Partners | $ 561,888,342 | | | | | $ 561,888,342 | | $ 561,888,342 | | | $ 561,888,342 |
| Accounts payable to others | 13,092,360 | | | | | 13,092,360 | | 13,092,360 | | | 13,092,360 |
| Accounts payable to Related Party | | | 29,093 | | 23,946 | 53,039 | (53,039) | - | | | - |
| Accrued liabilities to Partners | 62,137,945 | 4,220,986 | | 1,296,631 | | 67,655,562 | | 67,655,562 | 35,488 | (35,488) | 67,655,562 |
| Accrued liabilities to others | 13,993,332 | | | | | 13,993,332 | | 13,993,332 | | | 13,993,332 |
| Deferred charterhire revenue from Related Party | | 685,207 | | | | 685,207 | (685,207) | - | | | - |
| Customer advances | 101,400,995 | | | | | 101,400,995 | | 101,400,995 | | | 101,400,995 |
| Term loans (payable to Partner) | 445,000,000 | 3,100,000 | | | | 448,100,000 | | 448,100,000 | | | 448,100,000 |
| Note payable from Related Party | | 1,499,630 | | 36,126,268 | | 37,625,898 | (37,625,898) | - | | | - |
| Payables to Partners for contract overruns | 80,000,000 | 25,734,497 | | 13,265,503 | | 119,000,000 | | 119,000,000 | | | 119,000,000 |
| Subordinated loans from Partners | 782,591,514 | | | | | 782,591,514 | | 782,591,514 | | | 782,591,514 |
| Total liabilities subject to compromise | 2,060,104,488 | 35,240,320 | 29,093 | 50,688,402 | 23,946 | 2,146,086,249 | (38,364,144) | 2,107,722,105 | 35,488 | (35,488) | 2,107,722,105 |
| | | | | | | | | | | | |
| *Liabilities Not Subject to Compromise* | | | | | | | | | | | |
| Accounts payable to others | 328,552 | | | | | 328,552 | | 328,552 | | | 328,552 |
| Accrued liabilities to Partners | 2,286,391 | | | | | 2,286,391 | | 2,286,391 | | | 2,286,391 |
| Accrued liabilities to others | 3,252,522 | | | | | 3,252,522 | | 3,252,522 | | | 3,252,522 |
| Note payable from Related Party | | 3,914 | | 3,286 | | 7,200 | (7,200) | - | | | - |
| Total liabilities not subject to compromise | 5,867,465 | 3,914 | - | 3,286 | - | 5,874,665 | (7,200) | 5,867,465 | - | - | 5,867,465 |
| Total liabilities | 2,065,971,953 | 35,244,234 | 29,093 | 50,691,688 | 23,946 | 2,151,960,914 | (38,371,344) | 2,113,589,570 | 35,488 | (35,488) | 2,113,589,570 |
| | | | | | | | | | | | |
| **COMMITMENTS AND CONTINGENCIES** | | | | | | | | | | | |
| | | | | | | | | | | | |
| **PARTNERS' EQUITY:** | | | | | | | | | | | |
| Contributed capital | 100,003,110 | 1,000 | 160 | 1,000 | 50 | 100,005,320 | (2,210) | 100,003,110 | 5,000,050 | (5,000,050) | 100,003,110 |
| Accumulated (deficit) / equity | (1,757,440,615) | 91,326,630 | 4,537,129 | 122,153,477 | 6,083,728 | (1,533,339,651) | (224,100,963) | (1,757,440,614) | (87,907,518) | 87,872,030 | (1,757,476,102) |
| Total Partners' (deficit) / equity | (1,657,437,505) | 91,327,630 | 4,537,289 | 122,154,477 | 6,083,778 | (1,433,334,331) | (224,103,173) | (1,657,437,504) | (82,907,468) | 82,871,980 | (1,657,472,992) |
| **TOTAL** | $ 408,534,448 | $ 126,571,864 | $ 4,556,382 | $ 172,846,165 | $ 6,107,724 | $ 718,626,583 | $ (262,474,517) | $ 456,152,066 | $ (82,871,980) | $ 82,836,492 | $ 456,116,578 |

Note: Company abbreviations included on cover page to the monthly reporting package

In re: Sea Launch Company, LLC

Case No. 09-12153
Reporting Period 06/23/09 - 07/31/09

SEA LAUNCH
Debtor in Possession

COMBINED STATEMENTS OF OPERATIONS (Unaudited)
FOR THE 8 DAY PERIOD ENDED JUNE 30, 2009

| | SLLP | SLACSLP | ACS Ltd | PLP | Platform Company | Total SLLP Entries | Eliminations | Combined SLLP | SL Company | Eliminations | Total Combined |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **OPERATING REVENUE:** | | | | | | | | | | | |
| Launch revenue from Related Party | $ - | - | - | - | - | $ - | - | $ - | $ - | - | $ - |
| Launch revenue from others | - | - | - | - | - | - | - | - | - | - | - |
| Other operating revenue | - | - | - | - | - | - | - | - | - | - | - |
| Total operating revenue | - | - | - | - | - | - | - | - | - | - | - |
| **OPERATING EXPENSES:** | | | | | | | | | | | |
| Launch costs | - | - | - | - | - | - | - | - | - | - | - |
| Depreciation | (108,908) | (217,753) | - | (297,367) | - | (624,028) | - | (624,028) | - | - | (624,028) |
| Vessel operating expenses | (192,413) | - | - | - | - | (192,413) | - | (192,413) | - | - | (192,413) |
| Other administrative and operating expenses | - | - | - | - | - | - | - | - | - | - | - |
| Engineering and administrative services | - | - | - | - | - | - | - | - | - | - | - |
| Total operating expenses | (301,321) | (217,753) | - | (297,367) | - | (816,441) | - | (816,441) | - | - | (816,441) |
| **OTHER INCOME (EXPENSE):** | | | | | | | | | | | |
| Interest income | 82 | 277 | - | - | - | 359 | - | 359 | - | - | 359 |
| Interest expense on subordinated loans from Partners | - | - | - | - | - | - | - | - | - | - | - |
| Interest expense on customer advances | - | - | - | - | - | - | - | - | - | - | - |
| Interest expense on term loans | - | - | - | - | - | - | - | - | - | - | - |
| Other fees and expenses | - | - | - | - | - | - | - | - | - | - | - |
| Net other expense | 82 | 277 | - | - | - | 359 | - | 359 | - | - | 359 |
| Net loss before reorganization items | (301,239) | (217,476) | - | (297,367) | - | (816,082) | - | (816,082) | - | - | (816,082) |
| **REORGANIZATION ITEMS:** | | | | | | | | | | | |
| Professional fees | - | - | - | - | - | - | - | - | - | - | - |
| US Trustee quarterly fees | - | - | - | - | - | - | - | - | - | - | - |
| Other reorganization expenses | - | - | - | - | - | - | - | - | - | - | - |
| Total reorganization items | - | - | - | - | - | - | - | - | - | - | - |
| **NET LOSS** | $ (301,239) | $ (217,476) | $ - | $ (297,367) | $ - | $ (816,082) | $ - | $ (816,082) | $ - | $ - | $ (816,082) |

Note: Company abbreviations included on cover page to the monthly reporting package

In re:
Sea Launch Company, LLC

Case No. 09-12153
Reporting Period 06/23/09 - 07/31/09

## SEA LAUNCH
### Debtor in Possession

COMBINED STATEMENTS OF OPERATIONS (Unaudited)
FOR THE 1 MONTH PERIOD ENDED JULY 31, 2009

| | SLLP | SLACSLP | ACS Ltd | PLP | Platform Company | Total SLLP Entities | Eliminations | Combined SLLP | SL Company | Eliminations | Total Combined |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **OPERATING REVENUE:** | | | | | | | | | | | |
| Launch revenue from Related Party | $ - | - | - | - | - | $ - | - | $ - | - | - | $ - |
| Launch revenue from others | - | - | - | - | - | - | - | - | - | - | - |
| Other operating revenue | - | - | - | - | - | - | - | - | - | - | - |
| Total operating revenue | - | - | - | - | - | - | - | - | - | - | - |
| **OPERATING EXPENSES:** | | | | | | | | | | | |
| Launch costs | 545,986 | | | | | 545,986 | | 545,986 | | | 545,986 |
| Depreciation | (407,115) | (816,578) | | (1,115,126) | | (2,338,819) | | (2,338,819) | | | (2,338,819) |
| Vessel operating expenses | (1,867,757) | | | | | (1,867,757) | | (1,867,757) | | | (1,867,757) |
| Other administrative and operating expenses | (1,682,633) | (2,256) | | (1,643) | | (1,686,532) | | (1,686,532) | | | (1,686,532) |
| Engineering and administrative services | - | | | | | - | | - | | | - |
| Total operating expenses | (3,411,519) | (818,834) | | (1,116,769) | | (5,347,122) | - | (5,347,122) | - | - | (5,347,122) |
| **OTHER INCOME (EXPENSE):** | | | | | | | | | | | |
| Interest income | 400 | | | | | 400 | | 400 | | | 400 |
| Interest expense on subordinated loans from Partners | - | | | | | - | | - | | | - |
| Interest expense on customer advances | - | | | | | - | | - | | | - |
| Interest expense on term loans | - | | | | | - | | - | | | - |
| Other fees and expenses | (15) | | | | | (15) | | (15) | | | (15) |
| Net other expense | 385 | - | - | - | - | 385 | - | 385 | - | - | 385 |
| Net loss before reorganization items | (3,411,134) | (818,834) | - | (1,116,769) | - | (5,346,737) | - | (5,346,737) | - | - | (5,346,737) |
| **REORGANIZATION ITEMS:** | | | | | | | | | | | |
| Professional fees | (10,540) | | | | | (10,540) | | (10,540) | | | (10,540) |
| US Trustee quarterly fees | (2,275) | | | | | (2,275) | | (2,275) | | | (2,275) |
| Other reorganization expenses | - | | | | | - | | - | | | - |
| Total reorganization items | (12,815) | - | - | - | - | (12,815) | - | (12,815) | - | - | (12,815) |
| **NET LOSS** | $ (3,423,949) | $ (818,834) | $ - | $ (1,116,769) | $ - | $ (5,359,552) | $ - | $ (5,359,552) | $ - | $ - | $ (5,359,552) |

Note: Company abbreviations included on cover page to the monthly reporting package

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

In re:  
Sea Launch Company, LLC

Case No. 09-12153  
Reporting Period 06/23/09 - 07/31/09

## Cash Disbursements

| | 07/01/09-07/03/09 | 07/06/09-07/10/09 | 07/13/09-07/17/09 | 07/20/09-07/24/09 | 07/27/09-07/31/09 | TOTAL July 2009 |
|---|---|---|---|---|---|---|
| **Account Balance** | $ 7,129,523 | $ 6,116,657 | $ 5,949,047 | $ 5,857,347 | $ 5,553,170 | $ 7,129,523 |
| Cash Receipts | - | - | - | - | - | - |
| Employee Benefits | 62,002 | 125,883 | 50,039 | 195,268 | 6,217 | 439,410 |
| Leases | 55,496 | 710 | - | 38,524 | 2,661 | 97,391 |
| Legal / Chap 11 consulting | - | - | - | - | 2,275 | 2,275 |
| Suppliers / Contracts | 868,219 | 39,347 | 7,560 | 35,410 | 7,560 | 958,096 |
| Taxes | - | - | - | 19,236 | 182 | 19,418 |
| Utilities | 4,332 | 1,512 | 34,541 | 7,302 | 7,157 | 54,843 |
| Other | 22,817 | 158 | (440) | 8,437 | 15,916 | 46,888 |
| **Total Cash Uses** | $ 1,012,866 | $ 167,610 | $ 91,700 | $ 304,178 | $ 41,968 | $ 1,618,322 |
| **Account Balance** | $ 6,116,657 | $ 5,949,047 | $ 5,857,347 | $ 5,553,170 | $ 5,511,201 | $ 5,511,201 |

cash recon  
bank balance          5,562,397  
outstanding checks       51,197  
                      5,511,200.37  
variance                    1.00 M

Note: All cash disbursements are paid by SLLP

Page 8 of 13

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

In re:  
Sea Launch Company, LLC

Case No. 09-12153  
Reporting Period 06/23/09 - 07/31/09

## CERTIFICATIONS

### A. Bank Reconciliation Certification

The undersigned verifies that, to the best of my knowledge, all of the Debtors' June 30, 2009 and July 31, 2009 bank balances have been reconciled in an accurate and timely manner.

### B. Post-petition Taxes Certification

The undersigned verifies that, to the best of my knowledge, all post-petition tax obligations, including but not limited to, payroll, real property, income, franchise, and other taxes have been paid to the proper taxing authority when due.

_____    Aug 20, 2009
Brett A. Carman                    Date
Vice President and Chief Financial Officer

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

In re:  
Sea Launch Company, LLC

Case No. 09-12153  
Reporting Period 06/23/09 - 07/31/09

## Summary of Post-petition Accounts Receivable

Accounts receivable aging as of current month-end

|  | Amount |
| --- | --- |
| Current (due during next 30 days) | $ - |
| Past due 1-30 days | |
| Past due 31-60 days | |
| Past due 61-90 days | |
| Past due over 90 days | |
| Total Accounts Receivable | $ - |

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

In re:  
Sea Launch Company, LLC

Case No. 09-12153  
Reporting Period 06/23/09 - 07/31/09

## Summary of Post-petition Accounts Payable

Post-petition accounts payable as of current month-end

| Vendor ID | Vendor Name | Invoice number | Invoice Date | Invoice amount | Period of performance | $ amount services prepetition | $ amount services post-petition | invoice paid | Paid date |
|---|---|---|---|---|---|---|---|---|---|
| ADVTES | Advanced Test Equipment | CON000037777 | 06/21/09 | $1,720.69 | 06/21/09-07/20/09 | $0.00 | $1,720.69 | | |
| ADVTES | Advanced Test Equipment | CON000038249 | 07/21/09 | $1,720.69 | 07/21/09-08/19/09 | $0.00 | $1,720.69 | | |
| AIRPRO | Air Products and Chemicals | 910580409 | 05/04/09 | ($19,405.14) | 02/02/09-02/28/09 | $0.00 | ($19,405.14) | | |
| AIRRES | Air Resources Helicopter | 17756 | 07/06/09 | $1,500.00 | 07/01/09-07/31/09 - DISPUTED | | $0.00 | | |
| AIRRES | Air Resources Helicopter | 17758 | 07/07/09 | $2,875.00 | 06/25/09-07/05/09 | | $2,875.00 | 904149 | 08/04/09 |
| AMERIG | AmeriGas | 5402-439142A | 07/07/09 | $45.75 | 7/2/2009 | | $45.75 | 018027 | 08/04/09 |
| AMERIG | AmeriGas | 5402-439765A | 07/08/09 | $26.34 | 7/7/2009 | | $26.34 | 018027 | 08/04/09 |
| ARACLE | Aramark Cleanroom Services | 569-1323998 | 06/29/09 | $242.62 | 06/22/09-06/26/09 | $48.52 | $194.10 | | |
| ARACLE | Aramark Cleanroom Services | 569-1325812 | 07/06/09 | $242.62 | 06/29/09-07/03/09-DISPUTED | | $0.00 | | |
| BELWAT | BellChem Water Consultants | 3244 | 07/15/09 | $216.75 | 07/01/09-07/31/09 | | $216.75 | 01828 | 08/04/09 |
| CALSTA | California State Disbursement Unit | REQ062909 | 07/24/09 | $138.46 | 7/24/2009 | | $138.46 | 018053 | 08/18/09 |
| CESFIN | Cessna Finance Corporation | 110/09/0015383 | 07/13/09 | $20,005.16 | 08/01/09-08/31/09 - DISPUTED | | $0.00 | | |
| CITLON | City of Long Beach | BU20035380 | 06/23/09 | $1,099.65 | 06/01/09-06/01/10 - DISPUTED | $0.00 | $0.00 | | |
| CITLOS | City of Los Angeles | 200916965A | 06/12/09 | $305.00 | | $278.19 | $26.81 | | |
| DEFENE | Defense Energy Support Center | P-907-901 | 07/08/09 | $1,500.00 | 05/01/09-06/30/09 | $1,300.00 | $200.00 | 018031 | 08/04/09 |
| DEFENE | Defense Energy Support Center | P907-902 | 07/08/09 | $1,500.00 | 05/01/09-06/30/09 | $1,300.00 | $200.00 | 018031 | 08/04/09 |
| EPIBAN | Epiq Bankruptcy Solution | 37399 | 07/10/09 | $10,539.71 | 06/01/09-06/30/09 | $0.00 | $10,539.71 | | |
| GLOSOL | Global Solution Insurance Service, Inc | 9908S8650 | 07/10/09 | $200.00 | 07/09-07/10 | | $200.00 | 018057 | 08/18/09 |
| HONACS | Honeywell ACS - Service | 3446502 | 07/31/09 | $3,244.24 | 08/05/09-09/04/09 | | $3,244.24 | | |
| JRBUIL | Heidi Bertha Pederson (JR Building) | 07/27-07/31/09 | 07/31/09 | $7,560.00 | 07/27/09-07/31/09 | | $7,560.00 | 701823 | 08/04/09 |
| LATAX | Los Angeles Cty Tax Collector | 40818962 | 07/08/09 | $6,624.48 | 07/01/09-06/30/10 | | $6,624.48 | 018061 | 08/18/09 |
| LATAX | Los Angeles Cty Tax Collector | 40830093 | 07/08/09 | $54,131.48 | 07/01/09-06/30/10 | | $54,131.48 | 018062 | 08/18/09 |
| LATAX | Los Angeles Cty Tax Collector | | | $700.60 | 06/01/09-05/31/10 | | $700.60 | 018060 | 08/18/09 |
| LEGPAR | Legacy Partners II LB | 55550701209 | 07/01/09 | $46,192.30 | 07/01/09-07/31/09 | $1,067.24 | $45,125.06 | | |
| MCBSYS | McBee | 0000471193 | 07/21/09 | $151.50 | 7/20/2009 | $0.00 | $151.50 | 018042 | 08/11/09 |
| PORTLB | Port of Long Beach | 376502 | 06/15/09 | $153,750.00 | 06/15/09-07/14/09 | $41,000.00 | $112,750.00 | 018063 | 08/18/09 |
| QUAREF | Quality Refrigeration, Inc. | 0066373-IN | 07/16/09 | $535.00 | 06/25/09-07/24/09 | | $535.00 | 018043 | 08/11/09 |
| QUISYS | Quintron Systems, Inc | 90726 | 07/13/09 | $464.13 | 6/11/09-06/30/09 | $278.52 | $185.61 | 018033 | 08/04/09 |
| SECRET | Securian Retirement Services | | | $17,074.47 | | | $17,074.47 | 904156 | 08/13/09 |
| SEMMAR | Semco Maritime | 2304 | 07/01/09 | $80,000.00 | 07/01/09-07/31/09 | | $80,000.00 | 904153 | 08/04/09 |
| SEMMAR | Semco Maritime | 2306 | 08/01/09 | $80,000.00 | 08/01/09-08/31/09 -- DISPUTE | $0.00 | $0.00 | | |
| SKYTEL | Skytel | 09G2488412 | 06/27/09 | $65.17 | 05/25/09-06/23/09 | $63.00 | $2.17 | 018044 | 08/11/09 |
| SPAINT | Space International Services | 66/06 da | 10/06/06 | ($40,000.00) | TSENKI | $0.00 | ($40,000.00) | | |
| SPARKL | Sparkletts | 0709 305309305499830 | 07/12/09 | $281.16 | 07/01/09-07/31/09 | | $281.16 | 18034 | 08/04/09 |
| SPRDAT | Sprint Data Services | 04983300 | 07/08/09 | $10,450.20 | 07/01/09-07/31/09 | | $10,450.20 | 018035 | 08/04/09 |
| SPRINT | Sprint | 663563780 | 07/13/09 | $13.12 | 06/13/09-07/12/09 | $6.45 | $6.67 | 018036 | 08/04/09 |
| STABOA | State Board of Equilization | | | $4,007.00 | | | $4,007.00 | 018068 | 08/18/09 |
| STEGRO | Stevens Group | 15226 | 07/16/09 | $262.50 | 7/10/2009 | | $262.50 | 018050 | 08/11/09 |
| STEGRO | Stevens Group | 15230 | 07/21/09 | $375.00 | 7/13/2009 | | $375.00 | 018050 | 08/11/09 |
| VERCAL | Verizon California | 01 2843 1199754978 08 | 07/13/09 | $39.65 | 07/13/09-08/13/09 | | $39.65 | 018037 | 08/04/09 |
| VERCAL | Verizon California | 01 2843 1129933164 07 | 07/16/09 | $584.96 | 07/16/09-08/16/09 | $0.00 | $584.96 | 018037 | 08/04/09 |
| VOPLOG | Vopak Logistics N.A. Inc. | 81100950 | 07/01/09 | $35,334.77 | 07/01/09-07/31/09 | | $35,334.77 | 018072 | 08/18/09 |
| | Advance payment of employee benefits for August | | | ($9,574.53) | | | ($9,574.53) | | |
| | | | | | | | **$328,551.15** | | |

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

In re:  
Sea Launch Company, LLC

Case No. 09-12153  
Reporting Period 06/23/09 - 07/31/09

## DEBTOR QUESTIONNAIRE

| Must be completed each month | Yes | No |
|---|---|---|
| 1. Have any assets been sold or transferred outside the normal course of business this reporting period? If yes, provide an explanation below. | | X |
| 2. Have any funds been disbursed from any account other than a debtor in possession account this reporting period? If yes, provide an explanation below. | X | |
| 3. Have all postpetition tax returns been timely filed? If no, provide an explanation below. | X | |
| 4. Are workers compensation, general liability and other necessary insurance coverages in effect? If no, provide an explanation below. | X | |
| 5. Has any bank account been opened during the reporting period? If yes, provide documentation identifying the opened account(s). If an investment account has been opened provide the required documentation pursuant to the Delaware Local Rule 4001-3. | X | |

Explanations:

2. Nominal disbursements from a non debtor in possession account occurred due to timing required to set up new ACH activity and customs transactions in the new debtor in possession account. Effective 08/17/09, disbursement activity from the non debtor in possession account has ceased and all such activity is performed under the debtor in possession account established in July 2009.

5. See worksheet "Bank Account Summary"

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

In re:
Sea Launch Company, LLC

Case No. 09-12153
Reporting Period 06/23/09 - 07/31/09

## Bank Account Summary

### Bank Account Summary as of June 22, 2009

| Bank Account Name | Account Owner | Account Number | Ledger Balance | Status |
|---|---|---|---|---|
| City National Bank - Checking Account | SLLP | ####3588 | $6,404,584 | Active |
| City National Bank - Customs Account | SLLP | ####8629 | 0 | Zero Balance Account |
| Manufacturers Bank - Concentration Account | SLLP | ####2056 | 637,408 | Active |
| Manufacturers Bank - Land Launch Account | SLLP | ####2145 | 11,664 | Active |
| Manufacturers Bank - Operating Account | SLLP | ####1947 | 268,937 | Active |
| Manufacturers Bank - ACS Account | SLACSLP | ####0967 | 321 | Active |

### Bank Account Summary as of June 30, 2009

| Bank Account Name | Account Owner | Account Number | Ledger Balance | Status |
|---|---|---|---|---|
| City National Bank - Checking Account | SLLP | ####3588 | $6,387,814 | Active |
| City National Bank - Customs Account | SLLP | ####8629 | 0 | Zero Balance Account |
| Manufacturers Bank - Concentration Account | SLLP | ####2056 | 638,644 | Active |
| Manufacturers Bank - Land Launch Account | SLLP | ####2145 | 11,774 | Active |
| Manufacturers Bank - Operating Account | SLLP | ####1947 | 90,691 | Active |
| Manufacturers Bank - ACS Account | SLACSLP | ####0967 | 598 | Active |

### Bank Account Summary as of July 31, 2009

| Bank Account Name | Account Owner | Account Number | Ledger Balance | Status |
|---|---|---|---|---|
| City National Bank - Checking Account | SLLP | ####3588 | $296,763 | Active |
| City National Bank - Customs Account | SLLP | ####8629 | 0 | Zero Balance Account |
| Manufacturers Bank - Concentration Account | SLLP | ####2056 | 620,401 | Active - Restricted Deposits |
| Manufacturers Bank - Land Launch Account | SLLP | ####2145 | 0 | Closed |
| Manufacturers Bank - Operating Account | SLLP | ####1947 | 0 | Closed |
| Manufacturers Bank - Operating Account Debtor in Possession | SLLP | ####0306 | 4,564,787 | Active - New Account |
| Manufacturers Bank - Utility Deposit Account | SLLP | ####0403 | 29,250 | Active - New Account |
| Manufacturers Bank - ACS Account | SLACSLP | ####0967 | 0 | Closed |