UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re | ) Chapter 11 |
| | ) |
| SEA LAUNCH COMPANY, L.L.C., *et al.*,[1] | ) Case No. 09-12153 (BLS) |
| | ) |
| Debtors. | ) Jointly Administered |
| | ) |
| | ) Ref. Docket No. 517 |

## ORDER (I) APPROVING THE SEA LAUNCH EMERGENCE INCENTIVE PLAN FOR SENIOR MANAGEMENT AND (II) AUTHORIZING PAYMENTS THEREUNDER PURSUANT TO SECTIONS 105(a), 363(b) AND 503(c) OF THE BANKRUPTCY CODE

Upon consideration of the Motion of the Debtors for an Order (i) Approving the Sea Launch Emergence Incentive Plan for Senior Management and (ii) Authorizing Payments Thereunder (the "**Motion**"),[2] the Exhibits thereto, the authorities set forth and arguments made in the Motion; and the Court being satisfied that approval of the Sea Launch Emergence Incentive Plan for Senior Management, as detailed in Exhibit A to the Motion (the "**SLEIP**"), as modified by this Order, is in the best interests of the Debtors, their estates and their creditors and is a proper exercise of the Debtors' business judgment; and the Court being satisfied that approval of the SLEIP, as modified by this Order, is appropriate under the circumstances; and the Court having jurisdiction to consider the Motion and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334; and consideration of the Motion and relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court

---

[1] The last four digits of the taxpayer identification numbers for each of the Debtors follow in parenthesis: (i) Sea Launch Company, L.L.C. (1590); (ii) Sea Launch Limited Partnership (Cayman) (8182); (iii) Sea Launch ACS Limited (5999); (iv) Sea Launch ACS Limited Partnership (Isle of Man) (6216); (v) Platform LDC (3177); and (vi) Platform Limited Partnership (3173). The mailing address for all of the Debtors is 2700 Nimitz Road, Long Beach, CA 90802.

[2] All terms not otherwise defined herein shall be given the meaning ascribed to them in the Motion.

pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been provided; and good cause appearing therefrom:

**IT IS HEREBY ORDERED:**

1. The Motion is granted, as modified by this Order.

2. The SLEIP, as modified by this Order, is hereby approved and the Debtors are authorized to make payments pursuant to the terms of the SLEIP, as modified by this Order.

3. Notwithstanding anything to the contrary contained in the Motion or the SLEIP, upon the effective date of a plan of reorganization and the calculation of the bonuses payable to Senior Management as set forth in the Milestones Triggering Bonus Payments section of the SLEIP (the "**Milestone Bonuses**") (but excluding the Additional Incentive Bonuses as defined in the SLEIP), twenty-five percent (25%) of the Milestone Bonuses (whether in cash or otherwise) (the "**Deferred Bonus Portion**") shall conditionally vest, but payment or distribution of the Deferred Bonus Portion shall be deferred until such date as the Reorganized Debtors achieve two (2) customer launches, so long as such customer launches occur between the effective date of a plan of reorganization and December 31, 2011. For avoidance of doubt, if the Reorganized Debtors do not achieve two customer launches by December 31, 2011, as set forth herein, then the Deferred Bonus Portion shall de-vest and be forfeited. Further, if the Reorganized Debtors do achieve two customer launches by December 31, 2011, as set forth herein, then the Deferred Bonus Portion shall be payable or distributable whether or not the bonus recipients are then-currently employed by the Reorganized Debtors.

4. This Order shall be immediately effective and enforceable upon its entry.

5. The Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: Wilmington, Delaware
March 2, 2010

_____
BRENDAN L. SHANNON
UNITED STATES BANKRUPTCY JUDGE