IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | ) Chapter 11 |
| | ) |
| SEA LAUNCH COMPANY, L.L.C., *et al.*,[1] | ) Case No. 09-12153 (BLS) |
| | ) |
| Debtors. | ) Jointly Administered |
| | ) |
| | ) Ref. Docket Nos. 139, 142, 315, 555, 597 & 601 |
| | ) |

## NOTICE OF RESCHEDULED HEARINGS

TO:   (I) THE UNITED STATES TRUSTEE; (II) COUNSEL TO THE COMMITTEE; AND (III) THOSE PARTIES REQUESTING NOTICE PURSUANT TO BANKRUPTCY RULE 2002

**PLEASE TAKE NOTICE** that the omnibus hearing in the above-captioned cases previously scheduled for **April 13, 2010 at 2:00 p.m. (ET)** and the scheduling conference regarding the First Omnibus Objection to Proofs of Claims Nos. 90, 93, 94, 95, 96, 97, 98, 99, 100, 101, 102, 103, 104 Filed by Boeing Commercial Space Company and the Boeing Company and to Proofs of Claim Nos. 81,82,83,84,85,and 86 Filed by Aker Maritime Finance AS scheduled for **April 16, 2009 at 10:00 a.m. (ET)** (collectively, the "Hearings") have been rescheduled by the Court.

**PLEASE TAKE FURTHER NOTICE** that the Hearings are rescheduled for **April 29, 2010 at 11:00 a.m. (ET)**, before the Honorable Brendan L. Shannon, at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th Floor, Courtroom No. 1, Wilmington, Delaware 19801. All matters previously scheduled for consideration on April 13, 2010 at 2:00 p.m. (ET) and April 16, 2010 at 10:00 a.m. (ET) will be considered at the hearing on April 29, 2010 at 11:00 a.m. (ET).

---

[1] The last four digits of the taxpayer identification numbers for each of the Debtors follow in parenthesis: (i) Sea Launch Company, L.L.C. (1590); (ii) Sea Launch Limited Partnership (Cayman) (8182); (iii) Sea Launch ACS Limited (5999); (iv) Sea Launch ACS Limited Partnership (Isle of Man) (6216); (v) Platform LDC (3177); and (vi) Platform Limited Partnership (3173). The mailing address for all of the Debtors is 2700 Nimitz Road, Long Beach, CA 90802.

Dated: Wilmington, Delaware
April 7, 2010

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ Kenneth J. Enos
Joel A. Waite (No. 2925)
Kenneth J. Enos (No. 4544)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, Delaware 19801-0391
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

-and-

ALSTON & BIRD LLP
Dennis J. Connolly
Matthew W. Levin
Wendy R. Reiss
Sage M. Sigler
1201 West Peachtree Street
Atlanta, Georgia 30309-3424
Telephone: (404) 881-7000
Facsimile: (404) 881-7777

Attorneys for the Debtors