# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>SEA LAUNCH COMPANY, L.L.C., *et al.*<br><br>Debtor. | Chapter 11<br><br>Case No. 09-12153 (BLS)<br><br>Jointly Administered<br><br>Related Docket No. 655 |

## STIPULATION AND ORDER IN CONNECTION WITH THE INTERIM ORDER (1) AUTHORIZING INCURRENCE OF SECURED INDEBTEDNESS, (2) GRANTING SECURITY INTERESTS AND SUPERPRIORITY CLAIMS, (3) APPROVING AGREEMENT RELATING TO THE FOREGOING, AND (4) GRANTING OTHER RELIEF

Preamble

WHEREAS, on April 22, 2010, Sea Launch Limited Partnership; Platform LDC; Sea Launch Company, L.L.C.; Platform Limited Partnership; Sea Launch ACS Limited; and Sea Launch ACS Limited Partnership (collectively, the "Debtors"), filed the Debtors' Third Emergency Motion For Interim And Final Orders (A) Authorizing The Debtors To Obtain Postpetition Secured Financing Pursuant To 11 U.S.C. §§ 364(C)(1), 364(C)(2). 364(C)(3), 364(D)(1) And 364(E) And Schedule Final Hearing (the "Financing Motion").

WHEREAS, on April 27, 2010, this Court issued an order approving the Financing Motion (the "Interim Order") and authorizing the Debtors to incur up to $30 million in indebteness (and all costs and expenses incurred by the lender in connection therewith) from Energia Overseas Limited (Russia) (the "Third DIP Lender") pursuant to a Debtor-in-Possession Financing Agreement (the "Third DIP Facility") and related loan documents (collectively, the "Loan Documents"), in accordance with the provisions of the Interim Order

NewYork 1347657.5

and the Loan Documents, all of which were equally approved. The Debtors were further authorized to spend the funds advanced, but only in strict accordance with the provisions of the Interim Order and the Loan Documents, and the budget (the "Budget") agreed to by the parties, subject to permitted variances.

WHEREAS, the Interim Order provided that the immediate cash advance from the Third DIP Facility in the amount of $22.5 million shall be used, *inter alia* (i) to repay the Debtors prior debtor-in-possession financings in the total amount of $18.5 million (plus accrued and unpaid interest) from Space Launch Services, LLC (the "First DIP Lender") and The Robert A. and Virginia Heinlein Prize Trust (the "Trust"), (ii) to pay to the Third DIP Lender $75,000 as a work fee in accordance with the terms of the Third DIP Facility (the "Work Fee") and (iii) to pay professional fees and expenses as approved by the Court, subject to the limitations set forth in the Interim Order.

WHEREAS, the Debtors, the First DIP Lender, the Trust and the Third DIP Lender (collectively, the "Parties") have negotiated in good faith concerning the rights and obligations of the Parties with respect to the sequencing of the payments due under the Third DIP Facility from the Third DIP Lender to the Debtors, the repayment of the funds owed to the First DIP Lender and the Trust, the release of the mortgages held by the First DIP Lender and the Trust in the Vessels (as defined in the Third DIP Facility) (the "Existing Mortgages") and the recording of the Ship Mortgages (as defined in the Third DIP Facility) for the benefit of the Third DIP Lender.

NOW, THEREFORE, in consideration of the mutual covenants set forth below, IT IS HEREBY STIPULATED AND AGREED BY THE PARTIES HERETO THAT:

1.      On the Closing Date (as defined in the Third DIP Facility) the First DIP Lender and the Trust will have provided to the First DIP Lender's counsel fully executed discharges of the Existing Mortgages, together with fully executed power of attorneys for submission to the Office of the Deputy Commissioner of Maritime Affairs of the Republic of Liberia at the Port of New York, New York.

2.      On the Closing Date The Third DIP Lender will advance net cash proceeds of $22,500,000.00 to the Debtors to the following account:

>   Manufacturers Bank
>   970 West 190th Street, Suite 500
>   Torrance, CA 90502
>   Routing No: 122226076
>   Swift Code: MITKUS6L
>   Account Name: Sea Launch Limited Partnership - Debtor in Possession
>   Account No: 7000200306

3.      Immediately upon receipt of the funds set forth in paragraph 2, the Debtors will pay $75,000.00 to the Third DIP Lender as the Work Fee to the following account:

>   HSBC Bank PLC (UK)
>   Sorting Code: 40-08-32
>   Swift Code: MIDLGB2115L
>   Account Name: Avicon
>   Account No: 62019019

4.      Immediately upon receipt of the funds set forth in paragraph 2, the Debtors will pay:

>   (i)     $15,577,500 to the First DIP Lender to the following account:
>
>   BBVA Compass Bank
>   3003 Williams Drive
>   Georgetown, TX 78633;
>   Account Name: Space Launch Services
>   Routing Number: 113010547
>   Account Number: 2512081706

(ii) $3,015,000.00 to the Trust to the following account:

Wachovia Bank
3442 Orange Ave., NE
Roanoke, VA 24012
Account Name: Heinlein Prize Trust
Routing Number: 051400549
Account Number: 4364-8081

and

(iii) $89,548.69 into the following escrow account with Alston & Bird, as Debtors' counsel:

Wachovia Bank, N.A.
171 17th Street, MC 4584
Atlanta, GA 30363
ABA Routing No.: 061 000 227
Swift code: PNBPUS33
Account Name: Alston & Bird LLP IOLTA Trust
Account No.: 200 001 695 2289
Reference: Brian Betancourt

5. Immediately after the First DIP Lender and the Trust have obtained confirmation of the federal reserve wire transfer number for the transfer of the amounts set forth in paragraph 4, above, it will discharge the Existing Mortgages with the Office of the Deputy Commissioner of Maritime Affairs of the Republic of Liberia at the Port of New York, New York (the "Discharges").

6. Immediately after the Discharges have been recorded, the Debtors will record the new Ship Mortgages with the Office of the Deputy Commissioner of Maritime Affairs of the Republic of Liberia at the Port of New York, New York.

7. For purposes of the Loan Documents and the Interim Order, the events set forth in 1 through 6 above are deemed to have occurred simultaneously on the Closing Date.

| MESSANA, ROSNER & STERN LLP | EDWARDS, ANGELL, PALMER, & DODGE LLP |
|---|---|
| By: /s/ Frederick B. Rosner<br>Frederick B. Rosner, Esq.<br>1000 N. West Street, Suite 1200<br>Wilmington, DE 19801<br>Tel: (302) 777-1111 | By: /s/ Stuart M. Brown<br>Stuart M. Brown, Esq.<br>919 North Market Street, Suite 1500<br>Wilmington, Delaware 19801<br>Tel: (302) 425-7105<br>Fax: (302) 777-7263 |
| And | |
| SALANS LLP<br>Claude D. Montgomery, Esq.<br>Rockefeller Center<br>620 Fifth Avenue<br>New York NY 10020-2457<br>Tel: (212) 632-5500<br>Fax: (212) 632-5555 | BAKER BOTTS L.L.P<br>Tony M. Davis, Esq.<br>910 Louisiana Street<br>Houston, Texas 77002<br>Tel: (713) 229-1547<br>Fax: (713) 229-2847 |
| ATTORNEYS FOR ENERGIA OVERSEAS LIMITED (RUSSIA) | ATTORNEYS FOR SPACE LAUNCH SERVICES, LLC AS AGENT AND AS LENDER |

YOUNG CONAWAY STARGATT &
TAYLOR, LLP

By: /s/ Joel A. Waite
    Joel A. Waite
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, Delaware 19801-0391
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

and

ALSTON & BIRD LLP
Dennis J. Connolly, Esq.
Matthew W. Levin, Esq.
Wendy R. Reiss, Esq.
Sage M. Sigler, Esq.
1201 West Peachtree Street
Atlanta, Georgia 30309-3424
Telephone: (404) 881-7000
Facsimile: (404) 881-7777

ATTORNEYS FOR THE DEBTORS

IT IS SO ORDERED.

SIGNED *April 30*, 2010

_____
Brendan L. Shannon
UNITED STATES BANKRUPTCY JUDGE