UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re ) | Chapter 11 |
| ) | |
| SEA LAUNCH COMPANY, ) | Case No. 09-12153 (BLS) |
| L.L.C., *et al.*,[1] ) | |
| ) | Jointly Administered |
| ) | |
| Debtors. ) | Ref. Docket No. 1295 |
| ) | |

**FINAL DECREE, PURSUANT TO SECTION 350(a) OF THE BANKRUPTCY CODE, BANKRUPTCY RULE 3022 AND LOCAL RULE 5009-1, CLOSING THE DEBTORS' CHAPTER 11 CASES AND TERMINATING CLAIMS AND NOTICING AGENT APPOINTED IN CHAPTER 11 CASES**

Upon consideration of the *Reorganized Debtor's Motion for Entry of a Final Decree Pursuant to Section 350(a) of the Bankruptcy Code and Bankruptcy Rule 3022 Closing the Chapter 11 Cases and Terminating the Claims and Noticing Agent Appointed in the Chapter 11 Cases* (the "**Motion**");[2] and the Court having reviewed the Motion; and the Court finding good and sufficient cause for granting the relief as provided herein; and the Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 1408 and 1409; and due and adequate notice of the Motion having been given under the circumstances;

**IT HEREBY IS ORDERED THAT:**

1. The Motion is granted in its entirety. Pursuant to section 350(a) of the Bankruptcy Code, Bankruptcy Rule 3022, and Local Rule 5009-1, the Chapter 11 Cases hereby are closed and a final decree is granted for the Chapter 11 Cases; <u>provided, however</u>, that the District Court and this Court shall retain jurisdiction to reopen the cases in order to exercise such

---

[1] The last four digits of the taxpayer identification numbers for each of the Debtors follow in parenthesis: (i) Sea Launch Company, L.L.C. (1590); (ii) Sea Launch Limited Partnership (Cayman) (8182); (iii) Sea Launch ACS Limited (5999); (iv) Sea Launch ACS Limited Partnership (Isle of Man) (6216); (v) Platform LDC (3177); and (vi) Platform Limited Partnership (3173). The mailing address for all of the Debtors is 2700 Nimitz Road, Long Beach, CA 90802.

[2] Capitalized terms not defined herein shall have the meanings ascribed to such terms in the Motion.

1

constitutional subject matter jurisdiction as has been provided in the Plan and in the Confirmation Order.

2. In accordance with Local Rule 2002-1(f), the services of Epiq as Claims Agent in the Chapter 11 Cases are terminated effective as of the entry of this Order, except that Epiq shall (i) file with this Court an updated claims register and (ii) forward to the Clerk, or such other location as the Clerk or the Court might request, (a) all proofs of claim filed in the Chapter 11 Cases and maintained by Epiq, along with any documents related thereto; (b) the updated claims register, both in paper and on CD; (c) a CD of all imaged proofs of claim maintained by Epiq; and (d) an excel spreadsheet containing all claims information maintained by Epiq, along with an updated mailing list, both in paper and on CD in .txt format.

3. Entry of this Order is without prejudice to the rights of the Reorganized Debtor or any other party in interest to seek to reopen the Chapter 11 Cases for cause.

4. Notwithstanding the possible applicability of Bankruptcy Rules 6004(h), 7062, 9014 or otherwise, the terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

5. Within forty-five (45) days of the entry of this Order, the Reorganized Debtor shall (i) provide the Office of the United States Trustee for the District of Delaware with any outstanding disbursement information for purposes of calculating fees owing as the date of the entry of this Order pursuant to section 1930 of title 28 of the United States Code and (ii) timely pay any fees that are due and owing pursuant to section 1930 of title 28 of the United States code (including any interest thereon).

Dated: December 19 2011  
Wilmington, Delaware

HONORABLE BRENDAN LINEHAN SHANNON  
UNITED STATES BANKRUPTCY JUDGE